United States District Court

Eastern District of California

United States of America,

      Plaintiff,               No. 05-183 PAN

  vs.                      Detention Order

Roger L. Cummings,

      Defendant.

-oOo-

A. <u>Order For Detention</u>

    After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B. <u>Statement Of Reasons For The Detention</u>

    The Court orders the defendant's detention because it finds:

  <u> x </u>    By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

  <u> x </u>    By clear and convincing evidence that no condition or combination of conditions will reasonably assure

1 │             the safety of any other person and the community.
2 │ C.   <u>Findings Of Fact</u>
3 │      The Court's findings are based on the evidence which was
  │ presented in Court and that which was contained in the Pretrial
4 │ Services Report, and includes the following:
5 │    <u> x </u>      (1)  Nature  and Circumstances of the offense
  │                  charged.
6 │
  │         <u> x </u>     (a) The crime. 21 USC § 841.
7 │
  │         _____     (b) The offense is a crime of violence.
8 │
  │         _____     (c) The offense involves a narcotic.
9 │
  │         _____     (d) The offense involves a large amount of
10│                   controlled substances.
11│    <u> x </u>      (2)  The  weight  of the evidence against the
  │                  defendant is high.
12│
  │    <u> x </u>      (3)  The  history and characteristics of the
13│                  defendant including:
14│         _____ (a)  General Factors:
15│              _____      The defendant appears to have a mental
  │                        condition which may affect whether the
16│                        defendant will appear.
17│              _____      The defendant has no family ties in the
  │                        area.
18│
  │              _____      The defendant has no steady employment.
19│
  │              _____      The defendant has no substantial
20│                        financial resources.
21│              _____      The defendant is not a long time resident
  │                        of the community.
22│
  │              _____      The defendant does not have any
23│                        significant community ties.
24│              <u> x </u>       Past conduct of the defendant: <u>Crimes
  │                        committed while on probation; false ID to</u>
25│                        <u>police officers; 3 aliases, 3 false SSNs,</u>
  │                        <u>2 Dls; probation violations.</u>
26│

                                   2

|     |     |     |
| --- | --- | --- |
| 1   | _____ | The defendant has a history relating to drug abuse. |
| 2   |     |     |
| 3   | __x__ | The defendant has a significant prior criminal record. |
| 4   | _____ | The defendant has a prior record of failure to appear at court proceedings. |

(b) Whether the defendant was on probation, parole, or release by a court;

At the time of the current arrest, the defendant was on:

    __x__    Probation.

    _____    Parole.

    _____    Release pending trial, sentence, appeal or completion of sentence.

(c) Other Factors

    _____    The defendant is an illegal alien and is subject to deportation.

    _____    The defendant is a legal alien and will be subject to deportation if convicted.

    _____    Other:

__x__ (4) **Rebuttable Presumptions**

In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

    _____    (a) (1) The crime charged is one described in § 3142(f)(1)

        _____    (A) a crime of violence; or

        _____    (B) an offense for which the maximum penalty is life imprisonment or death; or

        _____    (C) a controlled substance violation that has a maximum penalty of ten

|   |   |   |   |
|---|---|---|---|
| | | | years or more; or |
| | ____ | (D) | a felony and defendant previously was convicted of two or more of the offenses described in (A) through (C) above <u>and</u> |
| | | (2) | Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above <u>and</u> |
| | | (3) | The offense referred to in subparagraph (2) was committed while defendant was on release pending trial <u>and</u> |
| | | (4) | Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2). |
| | <u> x </u> | (b) | There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed |
| | <u> x </u> | | in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq., |
| | ____ | | the Controlled Substances Act, 21 U.S.C. §§ 951, et seq., |
| | ____ | | the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or |
| | ____ | | an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b. |
| | ____ | | an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425. |

D.  <u>Additional Directives</u>

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney

4

1  General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or
2  being held in custody pending appeal; and

3      The defendant be afforded reasonable opportunity for private consultation with his counsel; and

4

5      That, on order of a court of the United States, or request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the
6  defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

7

8      Dated: June 28, 2005

9

10     /s/ Peter A. Nowinski
    Peter A. Nowinski
11     Magistrate Judge